UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADALINA RAMONA IACOB,

            Plaintiff,

-against-

BANTAM REALTY SERVICES, LLC et al,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/17/2020

1:20-cv-04615-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On August 20, 2020, the Court issued an Order [ECF No. 10] in response to the *pro se* Plaintiff's letter dated August 13, 2020 [ECF No. 9]. A copy of that Order was mailed to Plaintiff's address of record: 3750 Hudson Manor Terrace, Apt. 1EE, Bronx, New York 10463. That mailed copy was returned for the following reason: "Return To Sender No Such Number Unable To Forward." In Plaintiff's most recent filing, a letter filed to the docket on September 9, 2020, Plaintiff provides a new Pennsylvania address. Plaintiff also lists this Pennsylvania address in the several attachments to her letter.

      Based on the foregoing, the Court respectfully directs the Clerk of Court to change Plaintiff's address of record to 7 Gilliland Drive, East Stroudsburg, Pennsylvania 18301, and to mail a copy of this Order to this Pennsylvania address and to Plaintiff's current address of record noted above. Attached to this Order is a copy of the Court's Order dated August 20, 2020, and a Notice of Change of Address form. If Plaintiff does not intend to change her address of record to this Pennsylvania address, Plaintiff must notify the Court of such intent on or before **October 10, 2020**. Plaintiff is cautioned that it is her responsibility to notify the Court in writing if she has a new address and that this action can be dismissed if she fails to do so.

Plaintiff also has the option to receive documents in her case electronically. Attached is a Pro Se Consent to Receive Documents Electronically form.

**SO ORDERED.**

Date: **September 17, 2020**      **MARY KAY VYSKOCIL**
      **New York, NY**            **United States District Judge**

# Request for permission to extend time of service for

# Summons and Complaint

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/20/2020

Case: 20-CV-04615 MKV-

**Madalina Iacob**

vs

**Bantam Realty Services LLC et al**

COMES NOW, Plaintiff *pro se* Madalina Iacob ("Plaintiff") hereby moves this Honorable Court for an Order extending the time within which to effectuate service of process of the Complaint and Summons filed herein on Defendants Bantam Realty Services LLC et al in Case # 20-CV- 04615 MKV.

Plaintiff Pro Se Madalina Iacob, is asking this Honorable Court to extend the time within which to effectuate service of process of the Summons and Complaint in this Copyright Infringement action.

Plaintiff has received the Summonses issued by the court and was given 90 days to serve them on the defendants mentioned above. These Summonses were issued on June 23rd, 2020 and therefore would have to be served until September 23rd, 2020.

No prior request of an extension of time to serve the Summonses was made to court by plaintiff, and given the current circumstances surrounding us all, respectively the Covid-19 financial, social and health constraints, plaintiff is requesting the court to allow her an extension of another 90 days in which to serve the Summons and Complaint on defendants.

The delay in service is not willful or lengthy and it does not cause any prejudice to the parties involved.

Upon good cause shown or in the interest of justice, the court shall extend the time for service. A motion for an extension of time to serve should be granted on the grounds under both the "good cause" and the "interest of justice" standards.

Under either "good cause" or "interest of justice" standards, Plaintiff is entitled to the extension of time to serve the Complaint and Summons. In applying the "interest of justice" standard, the court has the discretion to consider not only the plaintiff's diligence but also the following factors: 1. Expiration of the statute of limitations; 2. Meritorious nature of the cause of action; 3. The length of delay in service; 4. Promptness of the request for the extension of time; and 5. Prejudice to the opposing party.

Extending the time to serve the Summonses and Complaints on the defendants is made under unusual and strenuous circumstances we live due to Covid 19, and do not cause and prejudice or harm to any parties involved.

Therefore, plaintiff respectfully requests the court to allow her an extension of time, respectively 90 days in which to serve the Summons and Complaint on defendants, prolonging the service deadline from September 23rd, 2020 to December 23rd, 2020.

Respectfully,

Madalina Iacob ( Pro Se)

Date: 08/12/2020

---

The Court grants Plaintiff a 30-day extension. Service of process shall be made on or before October 23, 2020. In light of the history in Plaintiff's previous case before the Court (*see Iacob v. http://re.brooklyn-flatbush.com/midtown-renter-hit-with-300k-lawsuit-for-using-airbnb/, et al.*, 1:18-cv-11829-MKV-KHP), no further extensions will be granted.

The Court will mail a copy of this Order to the *pro se* Plaintiff.

SO ORDERED.

Date: 08/20/2020
New York, New York

Mary Kay Vyskocil
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

_____
(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (_____)(_____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____    _____
Date                                Signature

_____    _____
Name (Last, First, MI)              Prison Identification # (if incarcerated)

_____    _____
Address       City                  State      Zip Code

_____    _____
Telephone Number                    E-mail Address (if available)

Rev. 8/15/14

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at [www.pacer.uscourts.gov](www.pacer.uscourts.gov) or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) ([www.pacer.uscourts.gov](www.pacer.uscourts.gov)) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

Name (Last, First, MI)

Address    City    State    Zip Code

Telephone Number    E-mail Address

Date    Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007