UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADALINA RAMONA IACOB,

                Plaintiff,

-against-

BANTAM REALTY SERVICES, LLC et al,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021

1:20-cv-04615-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On January 5, 2021, the Court held a telephonic pre-motion conference in connection with Defendants' anticipated motions to dismiss. Plaintiff, who is *pro se*, and counsel for Defendants Disqus, Inc.; Korangy Publishing, Inc.; Tribune Publishing; Pinterest, Inc.; DMGT; News Corp. Technology LLC; and WNYC LLC were in attendance. Defendant Bantam Realty Services, LLC was also in attendance, although not represented by counsel. In accordance with matters discussed at the conference, IT IS HEREBY ORDERED that:

- Plaintiff, having advised the Court that she has improperly named Defendant WNYC, LLC and intends to dismiss this Defendant from the action, shall file a notice of voluntary dismissal as to Defendant WNYC, LLC on or before January 12, 2021.
  - Plaintiff has further advised that she has reached out to individual Defendants and desires to dialogue with all Defendants to resolve the disputes framed by the Amended Complaint. All parties agree that mediation or referral to a magistrate judge for settlement is unlikely to be helpful. Defendants are encouraged to communicate with Plaintiff and attempt informally to reach a consensual resolution of this matter prior to January 12, 2021, in order to avoid the need for the expense of briefing the contemplated motions to dismiss.

- Defendants shall coordinate and file a lead brief addressing issues common to multiple Defendants, with issues unique to individual Defendants to be address in separate briefs.
  - Separate, individual briefs shall not exceed ten (10) pages in length.

- The briefing schedule is as follows:

1

2

- o Defendants' motions to dismiss due on or before February 17, 2021;
- o Plaintiff's opposition due on or before March 31, 2021; and
- o Defendants' replies due on or before April 9, 2021.

**Failure to comply with the deadlines set forth herein may result in sanctions, including preclusion of claims or defenses.**

**SO ORDERED.**

**Date: January 5, 2021**
**New York, NY**

MARY KAY VYSKOCIL
United States District Judge